Kemp *v.* Mitchell and Others.

————◆———

KEMP *v.* MITCHELL and Others.

APPEAL from the Morgan Circuit Court.

FRAZER, C. J.—The appellant was, by order of the court, made a party to a suit between others. He appeared and

filed a cross-complaint, praying certain relief. To this a demurrer was sustained, and he complains thereof in this court. The only question argued before us is, whether the complaint contains facts sufficient to constitute a cause of action. But that question is not in the record. The demurrer was defective in not assigning the proper cause, and it should therefore have been overruled. *Kemp* v. *Mitchell et al., ante,* p. 163.

The judgment against the appellant is reversed, and the cause remanded, with instructions to overrule the demurrer.

*W. R. Harrison* and *W. S. Shirley,* for appellant.

*J. S. Hester* and *J. V. Mitchell,* for appellees.